Lee P. WALKER, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent– Appellee.

No. 2010–7121.

United States Court of Appeals, Federal Circuit.

Nov. 3, 2010.

## ORDER

Lee P. Walker moves without opposition to withdraw his appeal.

Upon consideration thereof,

It Is Ordered That:

(1) The motion is granted. The appeal is dismissed.

(2) The Secretary's motions to waive Fed. Cir. R. 27(f) and dismiss are moot.

(3) Each side shall bear its own costs.